IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| GREG BRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the following Government Exhibits be returned to __Agent Kevin Perry__ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 80 | Cocaine Base |
| 94 | Llama .45 Caliber Handgun |
| 97 | Cocaine - 4,941.17 grams - 9/4/16 |
| | |
| | |
| | |
| | |

SO ORDERED. This __6th__ day of August 2018.

_____
Agent's Signature

_____
JAMES C. DEVER III
Chief United States District Judge