UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:16-CR-116-16D
Civil No. 7:20-CV-241-D

GREG BRIGHT, )
)
        Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 8 day of December, 2020.

                                        /s/ J. Dever
                                        JAMES C. DEVER III
                                        UNITED STATES DISTRICT JUDGE