IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREG BRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

On July 11, 2022, Greg Bright wrote the court concerning whether the Bureau of Prisons ("BOP") was properly calculating his jail credit. See [D.E. 1659]. Initially, the BOP must analyze the jail credit issue. If Bright is not satisfied with the analysis, he must exhaust his administrative remedies in the BOP. If Bright remains unsatisfied with the BOP's final administrative decision, he may return to the court to obtain judicial review.

SO ORDERED. This 12 day of July, 2022.

JAMES C. DEVER III
United States District Judge