UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Greg Bright**                                              **Docket No. 7:16-CR-116-16D**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Greg Bright, who, upon a finding of guilt by jury to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine, Cocaine Base (Crack), and Marijuana, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), and 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 13, 2018, to the custody of the Bureau of Prisons for a term of 115 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Greg Bright was released from custody on May 29, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing
                                            is true and correct.


/s/ Keith W. Lawrence                       /s/ Corey Rich
Keith W. Lawrence                           Corey Rich
Supervising U.S. Probation Officer          U.S. Probation Officer
                                            150 Rowan Street Suite 110
                                            Fayetteville, NC 28301
                                            Phone: 910-354-2540
                                            Executed On: September 10, 2025

### ORDER OF THE COURT

Considered and ordered this ___10___ day of ___September___, 2025, and ordered filed and made a part of the records in the above case.


James C. Dever III
U.S. District Judge